UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Cynthia Butler,

      Plaintiff,      :  19CV8743 (KMK)(LMS)

 -against-           :  **ORDER**

Commissioner of Social Security,

      Defendant.
-----------------------------------------------------------------X

**LISA MARGARET SMITH, United States Magistrate Judge:**

On September 23, 2019, the Court filed its Standing Order In Re: Motions for Judgment on the Pleadings in Social Security Cases, pursuant to which Defendant is to file the certified transcript of administrative proceedings within 90 days of being served with the complaint. Docket # 5. As no proof of service has yet been filed by Plaintiff, the Court does not know when the 90-day period for filing the certified transcript expires. Accordingly, upon effecting service, Plaintiff shall file proof of service promptly.

Dated: November 18, 2019
   White Plains, New York

                SO ORDERED,

                Lisa Margaret Smith
                United States Magistrate Judge
                Southern District of New York