UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Cynthia Butler,

                Plaintiff,                      19-cv-8743 (AEK)

   -against-                             **ORDER**

Commissioner of Social Security,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This action was remanded on April 30, 2021.  ECF No. 27.  Plaintiff filed a motion for attorneys' fees on July 15, 2021.  ECF No. 29.  By operation of Local Civil Rule 6.1(b), the Commissioner's response to the motion was due on July 29, 2021.  To date, no response has been received.  Accordingly, by no later than August 30, 2021, the Commissioner must either file a response to the motion or submit a letter indicating that the Commissioner will not be filing a response.

Dated:  August 20, 2021
         White Plains, New York

                                                              **SO ORDERED.**

                                               _____
                                               ANDREW E. KRAUSE
                                               United States Magistrate Judge